## UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RENEE RUSSO

**DATE:** April 4, 2016

**TITLE OF CASE:**
UNITED STATES OF AMERICA
vs.
NICHOLAS LATTANZIO

**DOCKET # 15-cr-446-01**

**DEFT. PRESENT**

**APPEARANCES:**
Nicholas P. Grippo, AUSA for Government.
Mark A. Berman, Esq. for Defendant.

**Nature of Proceedings:**   STATUS CONFERENCE

Status Conference held.
Briefing schedule set.
Pretrial Motions due 6/13/16
Opposition due 6/27/16
Reply due 7/5/16
Motion Hearing set for 7/26/16 at 10:00 AM
Pretrial Conference set for 8/23/16 at 10:00 AM
Jury trial set for 9/12/16 at 9:00 AM.

**Time Commenced:  10:00**
**Time Adjourned:  10:15**
**Total Time: 15 Minutes**

Nitza Creegan
DEPUTY CLERK
